IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAYLIN THOMAS BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security;<br><br>    Defendant. | 4:13CV3042<br><br>**ORDER ON APPLICATION AND AFFIDAVIT FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |

  IT IS ORDERED that the plaintiff's Application for Leave to Proceed in Forma Pauperis, ECF No. 2, is granted.

  Dated March 25, 2013.

            BY THE COURT:

            */s/ Warren K. Urbom*
            Warren K. Urbom
            United States Senior District Court