IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAYLIN THOMAS BROWN,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security;<br><br>        Defendant. | 4:13CV3042<br><br>ORDER ON MOTION FOR EXTENSION OF TIME |

    The defendant has filed a Motion for Extension of Time, ECF No. 16, requesting a thirty-day extension of time in which to respond to the plaintiff's brief. In a telephone conversation with my judicial assistant today, counsel for the plaintiff expressed no objection to the motion.

    IT IS THEREFORE ORDERED:

    1. the defendant's Motion for Extension of Time, ECF No. 16, is granted;

    2. the defendant shall on or before September 5, 2013, file and serve its response brief;

    3. within one week after the defendant's response brief is filed and served, the plaintiff may file and serve a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

    4. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

    Dated August 5, 2013.

    BY THE COURT

    */s/ Warren K. Urbom*

    Warren K. Urbom
    United States Senior District Judge